# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 16, 2014

Mr. Charles Feltner
3650 East National Lot 7
Springfield, OH 45505

Ms. Melissa A. Izenson
Luper, Neidenthal & Logan
50 W. Broad Street
Suite 1200
Columbus, OH 43215

Mr. Gregory H. Melick
Luper, Neidenthal & Logan
50 W. Broad Street
Suite 1200
Columbus, OH 43215

Re: Case No. 14-3163, *Charles Feltner v. Mike's Trucking*
Originating Case No. : 2:12-cv-00926

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Benjamin P. Alexander
Case Manager
Direct Dial No. 513-564-7021

cc: Mr. John P. Hehman

Enclosure

No mandate to issue

Case No. 14-3163

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

CHARLES FELTNER

    Plaintiff - Appellant

v.

MIKE'S TRUCKING, Michael Culbertson

    Defendant - Appellee

  Appellant/Petitioner having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant/petitioner has failed to satisfy the following obligation(s):

    The Appellant/Petitioner's Brief was not filed by April 9, 2014

  It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                            **ENTERED PURSUANT TO RULE 45(a),**
                            **RULES OF THE SIXTH CIRCUIT**
                            Deborah S. Hunt, Clerk

Issued: April 16, 2014